# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARCUS SINCLAIR WARREN,
ADC #500952                                                           PLAINTIFF

V.                     CASE NO. 3:19-CV-104-KGB-BD

CRAIGHEAD COUNTY
DETENTION CENTER, *et. al*.                                          DEFENDANTS

## ORDER

Marcus Sinclair Warren, an inmate at the Craighead County Detention Center ("Detention Center"), filed this civil rights lawsuit without the help of a lawyer. (Docket entry #2) In his original complaint, Mr. Warren complained about the alleged unconstitutional conditions of his confinement; however, he named the Detention Center as the only Defendant.[1] (#2) Mr. Warren has now filed amended complaints, abandoning his claim against the Detention Center and identifying individual Defendants. (#5, #6) Therefore, the Clerk of Court is directed to terminate the Detention Center as a party Defendant.

Mr. Warren must again amend his complaints to include additional factual allegations. Mr. Warren must explain how each named Defendant violated his constitutional rights. A Defendant's role as a supervisor is not enough to hold that person liable. Instead, Mr. Warren must state how each Defendant was personally involved in

---

[1] The Detention Center is not an entity subject to suit in a case such as this. See *Day v. Minnehaha County*, 632 Fed. Appx. 305 (8th Cir. 2016) (per curiam) (citing *Owens v. Scott County Jail*, 328 F.3d 1026, 1026 (8th Cir. 2003) ("county jails are not legal entities amendable to suit")).

violating his rights. He must explain how each named Defendant knew about any unconstitutional conditions at the jail and state how each Defendant caused him to suffer injury.

Mr. Warren has thirty days to file his third amended complaint. His failure to comply with this Court's order could result in the dismissal of some or all of his claims, without prejudice. Local Rule 5.5.

IT IS SO ORDERED, this 23rd day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE