IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARCUS SINCLAIR WARREN,
ADC #500952                                                                                          PLAINTIFF

V.                            CASE NO. 3:19-CV-104-KGB-BD

CRAIGHEAD COUNTY
DETENTION CENTER, *et. al*.                                                                  DEFENDANTS

## ORDER

Plaintiff Marcus Sinclair Warren, who is currently detained at Craighead County Detention Center, filed this case without the help of a lawyer under 42 U.S.C. § 1983. (Docket entries #1, #2) For screening purposes, Mr. Warren has stated conditions-of-confinement claims against Defendants Bowers, Boyd, and Raymond.

The Clerk of Court is directed to prepare summonses for Defendants Bowers, Boyd, and Raymond. The United States Marshal is directed to serve copies of the Complaint, with any attachments (#2), the amended complaints (#5, #6, #8), and summonses for these Defendants without requiring prepayment of fees and costs or security. Service for Defendants Bowers, Boyd, and Raymond should be through the Craighead County Sheriff's Department, 901 Willet Road, Jonesboro, Arkansas 72401.

IT IS SO ORDERED, this 2nd day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE