IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARCUS SINCLAIR WARREN,
ADC #500952                                                                                         PLAINTIFF

V.                              CASE NO. 3:19-CV-104-KGB-BD

CRAIGHEAD COUNTY
DETENTION CENTER, *et. al*.                                                                DEFENDANTS

## RECOMMENDED DISPOSITION

**I.    Procedures for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Judge Kristine G. Baker. Any party to this suit may file written objections with the Clerk of Court. To be considered, objections must be filed within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.

**II.   Discussion**

Plaintiff Marcus Sinclair Warren was a pretrial detainee at the Craighead County Detention Center (Detention Center) when he filed this civil rights lawsuit on April 11, 2019. (Docket entry #2) Apparently, Mr. Warren is no longer at the Detention Center, as evidenced by mail sent to him from the Court being returned as undeliverable. (#12, #19, #20, #21, #22)

In a May 20, 2019 Order, the Court gave Mr. Warren 30 days to notify the Court of his new address and specifically cautioned him that his claims could be dismissed if he failed to do so. (#13) Mr. Warren has not notified the Court of his current address, as ordered, and the time allowed for updating his address has expired.

### III.  Conclusion

The Court recommends that Mr. Warren's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's May 20 order requiring him to update his address.

DATED this 1st day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE