**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**MARCUS SINCLAIR WARREN
ADC #500952**                                                                                    **PLAINTIFF**

v.                                    **Case No. 3:19-cv-00104-KGB-BD**

**CRAIGHEAD COUNTY
DETENTION CENTER,** *et al.*                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition and the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. Nos. 10, 23). Plaintiff Marcus Sinclair Warren has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 23). The Court dismisses without prejudice Mr. Warren's complaint for failure to comply with Local Rule 5.5(c)(2) and failure to comply with Judge Deere's May 20, 2019, order requiring him to update his address (Dkt. Nos. 1, 13). The Court considers moot the Partial Recommended Disposition (Dkt. No. 10).

It is so ordered this the 18th day of February, 2020.

Kristine G. Baker
United States District Judge