IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARCUS SINCLAIR WARREN
ADC #500952                                                            PLAINTIFF

v.                  Case No. 3:19-cv-00104-KGB-BD

CRAIGHEAD COUNTY
DETENTION CENTER, *et al.*                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Marcus Sinclair Warren's complaint is dismissed without prejudice. The relief requested is denied.

So adjudged this the 18th day of February, 2020.

_____
Kristine G. Baker
United States District Judge